NSK LTD. AND NSK CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 90–10–00543

KOYO SEIKO CO., LTD. AND KOYO CORP. OF U.S.A., PLAINTIFFS, AND ISUZU MOTORS LTD. AND AMERICAN ISUZU MOTORS, INC., PLAINTIFF-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 90–10–00546

TIMKEN CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., INC., NSK LTD., AND NSK CORP., DEFENDANT-INTERVENORS

Court No. 90–10–00548

(Dated June 8, 1993)

## JUDGMENT

TSOUCALAS, *Judge:* Upon consideration of the motion filed by the Timken Company to affirm the remand results issued in Court Nos. 90–10–00546 and 90–10–00548, and upon the motion filed by NSK Ltd. and NSK Corporation ("NSK") for a third remand in Court Nos. 90–10–00543 and 90–10–00548, and all other papers and proceedings herein, it is hereby

ORDERED that NSK's motion for a third remand is denied, and it is further

ORDERED that the second remand results dated April 8, 1993, in the above captioned cases are affirmed in all respects, and it is further

ORDERED that these cases are dismissed.